To the Honorable Judge Kirsch: Your Honor, This letter is submitted on the public record and served upon all parties. It is not an ex parte communication. This is not an emotional letter, although I am, for the record, a very emotional person. This is simply a truth record, Judge — an honest statement of intent and respect for the process. I'm not trying to persuade or argue. I'm only trying to follow the rules as best as I can. Every filing I've made has come from a genuine effort to learn the law, understand it, and apply it properly. I've never wanted to burden the Court or disrupt its work. My only goal is to keep the record accurate, transparent, and consistent with the truth. That's all this is — record stewardship, not pressure. Respectfully, Andre Jason Watts Pro Se Plaintiff